IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GREGORY L. ACKERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. C08-1020<br><br>ORDER FOR ATTORNEY FEES |

This matter comes before the Court on the Motion for Attorneys Fees from Plaintiff's Back Benefits Under 42 U.S.C. § 406(b) (docket number 19) filed by the Plaintiff on February 11, 2010; and the Response (docket number 20) filed by the Defendant on February 24, 2010. Plaintiff's counsel asks that he be awarded attorney fees in the amount of $16,000, pursuant to 42 U.S.C. section 406(b). Plaintiff's counsel acknowledges that if he is awarded section 406(b) fees, then he is required to refund the fees previously ordered under the Equal Access to Justice Act. In his response, the Defendant states that he "does not object to the fee sought by Plaintiff's attorney as unreasonable." See Defendant's Response at 2 (docket number 20 at 2). In a Response dated February 28, 2010, Plaintiff states that he believes "the requested fee is reasonable for the work performed." See docket number 21. Accordingly, the Court finds that the request should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Attorneys Fees (docket number 19) filed by the Plaintiff on February 11, 2010 is hereby **GRANTED**. Attorney Thomas A. Krause shall be paid attorney fees in the amount of Sixteen Thousand Dollars ($16,000) pursuant to 42 U.S.C. section 406(b). Furthermore, Mr. Krause shall refund to the

1

Plaintiff the sum of Three Thousand Seven Hundred Eighty-Three Dollars sixty-five cents ($3,783.65), previously paid under the Equal Access to Justice Act.

DATED this 5th day of March, 2010.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA